REICHLE CONSTRUCTION COMPANY *v.* HERBERT WANZA
ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Thomas G. Dennis,* for the appellee (plaintiff).

No appearance for the appellants (defendants).

Argued October 5—decided October 5, 1976

AMERICAN MASONS' SUPPLY COMPANY *v.* F. W. BROWN COMPANY ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Harry L. Nair,* for the appellee (plaintiff).

*Jackson T. King, Jr.,* for the appellants (defendants).

Argued October 5—decided October 5, 1976

ANTHONY J. SPARACO *v.* LAEL D. TENNEY, EXECUTRIX

The defendant's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Roger Sullivan,* for the appellee (defendant).

*Samuel H. Coxe,* for the appellant (plaintiff).

Argued October 5—decided October 5, 1976